UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00409-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. FRANCISCO OLIVAS-MOTA,

    Defendants.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, November 9, 2007** and responses to these motions shall be filed by **Friday, November 30, 2007**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, January 14, 2008, at 2:00 p.m.**  It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, February 4, 2008, at 9:00 a.m.**

Dated: October 11, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge