IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                             JUDGE WILEY Y. DANIEL
_____

Date:              March 4, 2008           Probation:    Jan Woll
Courtroom Deputy:  Robert R. Keech         Interpreter:  N/A
E.C.R./Reporter:   Kara Spitler
_____

Criminal Case No: **06-cr-00409-WYD**          <u>Counsel:</u>

UNITED STATES OF AMERICA,                      Kasandra R. Carleton
                                               Suneeta Hazra
        Plaintiff,

v.

**2. FRANCISCO OLIVAS-MOTA**,                  Kevin M. McGreevy
                                               Chad D. Williams
        Defendant.
_____

                                **SENTENCING**
_____

**11:06 a.m.**      Court in Session - Defendant present (in-custody)

                    **Change of Plea Hearing - December 13, 2007, at 11:00 a.m.**
                    **Plea of Guilty - count three of Superseding Indictment**

                    APPEARANCES OF COUNSEL.

                    Court's opening remarks.

11:06 a.m.          Statement and argument on behalf of Government (Ms. Carleton).

11:07 a.m.          Statement and argument on behalf of Defendant (Mr. Williams).

                    Court's remarks regarding late filing of motions and review of the case law.

11:16 a.m.          Statement and argument on behalf of Defendant (Mr. Williams).

11:32 a.m.          Statement and argument on behalf of Government (Ms. Carleton).

Judge Wiley Y. Daniel
06-cr-00409-WYD - Sentencing Minutes

| Time | Event |
|---|---|

11:33 a.m.   Statement on behalf of Probation (Ms. Woll).

11:34 a.m.   Statement and argument on behalf of Defendant (Mr. Williams).

11:35 a.m.   Statement and argument on behalf of Defendant (Mr. McGreevy).

11:39 a.m.   Statement and argument on behalf of Government (Ms. Carleton).

11:48 a.m.   Statement and argument by Defendant (Mr. McGreevy).

12:05 p.m.   Statement by Defendant on his own behalf (Mr. Olivas-Mota).

Court makes findings.

**ORDERED:** Defendant's Motion for Downward Departure for Variance (#143 - 2/26/08) is **DENIED.**

**ORDERED:** Government's Motion for Upward Departure (#144 - 2/28/08) is **DENIED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (#142 - 2/22/08) is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **70** months, to run consecutively to the sentence imposed in U.S. District Court for the District of Arizona case number 03-CR-01213-001-TUC-R-CC.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

|     |     |
| --- | --- |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)  If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Counts One and Two of Superseding Indictment (#141 - 2/22/08) is **GRANTED.**

Order (Dismissing Counts One and Two of Superseding Indictment and the Indictment) is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**12:22 p.m.**  Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:16**